UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:   SUSANA PEREZ                              Case No. 16-23698-AJC

Debtor                                             Chapter 7
_____/

## MOTION TO CONVERT FROM CHAPTER 7 TO CHAPTER 13

COMES NOW undersigned counsel and hereby files this Motion to Convert from Chapter 7 to Chapter 13 and in support thereof states the following.

1. On October 06, 2016 this instant case was filed.

2. Debtor wishes to convert from Chapter 7 to Chapter 13 and retain homestead property and pay creditors as this honorable court deems properly. Debtor will participate in the Mortgage Mediation Modification Program and payments will be vested to secured creditor.

4. Debtor, thru undersigned counsel will make the appropriate amendments to Petition Schedules to reflect debtor wishes to retain homestead property.

**WHEREFORE**, undersigned counsel prays that this Honorable Court enter and Order granting this Motion to Convert from Chapter 7 to Chapter 13.

Date: October 20, 2016

Respectfully Submitted:

/s/ Luis Torrens, Esq
**Luis A Torrens**
8045 NW 155th St
Miami Lakes, FL 33016
(305) 364-4848
Email: luis@torrenslaw.com
